[No. 2436-2. Division Two. November 16, 1977.]

THE CITY OF CAMAS, *Respondent*, v. DONALD R. BALTZER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. T–317, John N. Skimas, J., entered April 23, 1976. *Reversed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 1829-2. Division Two. November 16, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCIO VIACRUCIS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 46874, Hardyn B. Soule, J., entered March 10, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 2559-2. Division Two. November 16, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH ANN GILLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2597, Robert J. Bryan, J., entered September 20, 1976. *Affirmed* by unpublished per curiam opinion.